JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FRANCISCO NAVARRO,                )    NO. CV 14-6496-PA(AS)
                                  )
                Petitioner,       )
                                  )
          v.                      )         **JUDGMENT**
                                  )
JOHN N. KATAVICH, Warden,         )
                                  )
                Respondent.       )
                                  )
_____)

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

          DATED:  August 13, 2015

                                        _____
                                          PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE

     **JS-6**